IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS GAMBLING RECOVERY, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>KALSHI INC.; KALSHIEX LLC; KALSHI KLEAR INC.; KALSHI KLEAR LLC; KALSHI TRADING LLC; SUSQUEHANNA INTERNATIONAL GROUP, LLP; SUSQUE-HANNA GOVERNMENT PRODUCTS, LLLP; ROBINHOOD MARKETS, INC; ROBINHOOD DERIVATIVES, LLC; and WEBULL CORPORATION,<br><br>  Defendants. | Case No. 1:25-cv-11374<br><br>Judge Manish S. Shah<br><br>Magistrate Judge Beth W. Jantz |
| ILLINOIS GAMBLING RECOVERY, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>KALSHI INC.; KALSHIEX LLC; KALSHI KLEAR INC.; KALSHI KLEAR LLC; KALSHI TRADING LLC; SUSQUEHANNA INTERNATIONAL GROUP, LLP; SUSQUE-HANNA GOVERNMENT PRODUCTS, LLLP; ROBINHOOD MARKETS, INC; ROBINHOOD DERIVATIVES, LLC; AND WEBULL CORPORATION,<br><br>  Defendants. | Case No. 1:25-cv-11394<br><br>Judge LaShonda A. Hunt<br><br>Magistrate Judge Maria Valdez |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME
TO RESPOND TO THE COMPLAINT AND DEFENDANTS'
<u>CONDITIONAL MOTION TO EXTEND PAGE LIMITS</u>**

Defendants Robinhood Derivatives, LLC, Robinhood Markets, Inc., Kalshi Inc., KalshiEX

LLC, Kalshi Klear Inc., Kalshi Klear LLC, Kalshi Trading LLC, Susquehanna International

1

Group, LLP, Susquehanna Government Products, LLLP, and Webull Corporation respectfully move this Court pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) to extend the time for Defendants to respond to the complaint. Defendants' responses to the complaint are currently due September 26, 2025. Defendants respectfully request that their deadlines to respond to the complaint be extended to October 27, 2025—one week after Plaintiff's deadline to file a motion to remand—and, if Plaintiff moves to remand, to 14 days after the Court rules on the motion to remand. Plaintiff does not oppose this request. In support of this motion, Defendants state the following:

1. On June 11, 2025, Plaintiff filed this action against Defendants in the Circuit Court of Cook County, Illinois.

2. Defendants Robinhood Derivatives, LLC and Robinhood Markets, Inc. were served on August 21, 2025, and removed the case to this Court on September 19, 2025, with the consent of the remaining defendants. *See* No. 1:25-cv-11374, ECF 1. That same day, Defendants Kalshi Inc., KalshiEX LLC, Kalshi Klear Inc., Kalshi Klear LLC, Kalshi Trading LLC, Susquehanna International Group, LLP, Susquehanna Government Products, LLLP, and Webull Corporation—who were served on August 21, 2025—filed their own notice of removal with the consent of the remaining defendants. *See* No. 1:25-cv-11394, ECF 1. Defendants intend to file a motion to consolidate these cases.

3. Under Federal Rule of Civil Procedure 81(c)(2), Defendants' responses to the complaint are currently due on September 26, 2025—seven days after removal. Under 28 U.S.C. § 1447(c), Plaintiff's deadline to file a motion to remand is October 20, 2025.

4. In light of the potential threshold remand dispute, Defendants respectfully move the Court to extend their time to respond to the complaint such that their responses are due on

October 27, 2025—one week after Plaintiff's deadline to file a remand motion. Defendants further request that, if Plaintiff files a remand motion, the Court extend Defendants' deadlines for responding to the complaint until 14 days after the Court rules on the remand motion. In a copycat action filed in Ohio and removed on grounds similar to those at issue here, the plaintiff in that case (represented by the same counsel as Plaintiff) recently moved to remand the action to state court. *See Ohio Gambling Recovery LLC v. Kalshi, Inc.*, No. 25-cv-01573 (N.D. Ohio), ECF 29.

5. Good cause exists for this extension. It would be inefficient for the parties to brief, and the Court to consider, motions to dismiss before even knowing whether Plaintiff will raise a potential threshold question of whether the case is properly before this Court at all. Courts therefore routinely extend or stay deadlines for briefing on a motion to dismiss pending resolution of a remand motion. *See, e.g., Lewis v. LKQ Corp.*, 2024 WL 1435756, at *1 (S.D. Ill. Apr. 3, 2024) (court granted defendant's "unopposed motion to stay the deadline to respond to the complaint" "[g]iven the issue of remand is a threshold issue"); *Fernandez v. Kerry, Inc.*, 2020 WL 1820521, at *1 n.1, *6 (N.D. Ill. Apr. 10, 2020) (after plaintiff moved to remand, court vacated briefing schedule on motion to dismiss, and only set a new deadline for the defendant "to answer or otherwise plead" after resolving the remand motion).

6. This is Defendants' first request for an extension of time in this Court.

7. Nothing in this motion shall be construed as a waiver of any of Defendants' rights, defenses, or arguments they would otherwise have.

8. Defendants have conferred with counsel for Plaintiff, who represented that Plaintiff does not oppose the relief requested.

3

9.     If the Court denies Defendants' motion to extend the time to file a response to the complaint, Defendants respectfully request that the Court extend the page limits for Defendants' motions to dismiss pursuant to Local Rule 7.1.

10.     Defendants Robinhood Derivatives, LLC and Robinhood Markets, Inc. (the "Robinhood Defendants") intend to file a single motion to dismiss; Defendants Kalshi Inc., KalshiEX LLC, Kalshi Klear Inc., Kalshi Klear LLC, and Kalshi Trading LLC (the "Kalshi Defendants") intend to file a single motion to dismiss; Defendants Susquehanna International Group, LLP and Susquehanna Government Products, LLLP (the "Susquehanna Defendants") intend to file a single motion to dismiss; and Defendant Webull Corporation intends to file a single motion to dismiss. Defendants anticipate that their motions will address, among other things, grounds for dismissal that are particular to each defendant or group of defendants.

11.     In order to fully address those issues and respond adequately to the complaint, Defendants respectfully request that the Court allow them to file a memorandum of law not exceeding 20 pages (a five-page extension) for each of their respective motions. The Kalshi Defendants, the Susquehanna Defendants, and Webull Corporation also respectfully request five-pages extensions and also seek leave to reallocate the page limits for their memoranda so that one or more may exceed 20 pages and the others remain under 20 pages, collectively not exceeding 60 pages. This reallocation will conserve resources, avoid repetition, and reduce the burden on the Court.

12.     Defendants have conferred with counsel for Plaintiff, who represented that Plaintiff does not oppose this request.

September 23, 2025                                    Respectfully submitted.

*/s/ Matthew C. Wasserman*                            */s/ Patricia Brown Holmes*
Matthew C. Wasserman                                  Patricia Brown Holmes

Dinsmore & Shohl LLP
222 W. Adams Street, Suite 3400
Chicago, IL 60606
Phone: (312) 837-4316
matthew.wasserman@dinsmore.com

Sean Murphy (pro hac vice forthcoming)
Katherine Fell (pro hac vice forthcoming)
Matthew Laroche (pro hac vice forthcoming)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Phone: (212) 530-5000
smurphy@milbank.com
kfell@milbank.com
mlaroche@milbank.com

Joshua Sterling (pro hac vice forthcoming)
MILBANK LLP
1101 New York Avenue, NW
Washington, D.C. 20005
Phone: (202) 835-7500
jsterling@milbank.com

*Attorneys for Defendants Kalshi Inc., KalshiEX LLC, Kalshi Klear Inc., Kalshi Klear LLC, Kalshi Trading LLC, Susquehanna International Group, LLP, Susquehanna Government Products, LLLP, and Webull Corporation*

Mary A. Laird
RILEY SAFER HOLMES & CANCILA LLP
One South Dearborn, Suite 2200
Chicago, IL 60603
Phone: (312) 471-8700
Fax: (312) 471-8701
pholmes@rshc-law.com
mlaird@rshc-law.com

Eugene Scalia*
Jonathan C. Bond*
Nick Harper*
GIBSON, DUNN & CRUTCHER LLP
1700 M St, N.W.
Washington, D.C. 20036
Phone: (202) 955-8500
Fax: (202) 530-9603
EScalia@gibsondunn.com
JBond@gibsondunn.com
NHarper@gibsondunn.com

*\*Applications for admission pro hac vice forthcoming*

*Attorneys for Defendants Robinhood Derivatives, LLC and Robinhood Markets, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. I certify that I will serve this motion on Plaintiff by sending a copy to Plaintiff's counsel via email and mailing a physical copy to Plaintiff's counsel via overnight delivery through Federal Express:

Timothy E. Grochocinski
Charles Austin Ginnings
Taryn N. Trusty
NELSON BUMGARDNER CONROY PC
745 McClintock Drive, Suite 340
Burr Ridge, IL 60527
tim@nelbum.com
austin@nelbum.com
taryn@nelbum.com


Derek T. Ho
Kyle B. Grigel
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M St., N.W., Ste. 400
Washington, DC 20036
dho@kellogghansen.com
kgrigel@kellogghansen.com


                                                */s/ Patricia Brown Holmes*
                                                Patricia Brown Holmes