**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Illinois Gambling Recovery LLC
                                            Plaintiff,

v.                                                                    Case No.: 1:25−cv−11374
                                                                      Honorable Manish S. Shah

Kalshi Inc., et al.
                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 22, 2025:

    MINUTE entry before the Honorable Manish S. Shah: Defendants' response to the complaint is stayed pending a ruling on the motion to remand. See [9]. No appearance on 10/29/25 is necessary. Defendants shall respond to the motion to remand by 11/19/25 and plaintiffs may reply by 12/10/25. The court will rule by cm/ecf. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.